IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ANGENETTE P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:21CV213 (RCY) |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 18) is ACCEPTED and ADOPTED;

2. The Objection of Plaintiff is OVERRULED;

3. Defendant's Motion to Dismiss (ECF No. 12) is GRANTED;

4. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE;

5. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record and the *pro se* Plaintiff.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: September 1, 2022